IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERIEL HEAD,

       Plaintiff,

v.                              CASE NO. 5:10-cv-190-RS-EMT

D. ELLIS, et al.,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 45).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Fourth Amended Complaint (Doc. 39) is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk is directed to close the case.

**ORDERED** on August 16, 2012.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**